**Order filed August 23, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00632-CR
_____

**JONATHAN STEVEN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 426th District Court**
**Bell County, Texas**
**Trial Court Cause No. 75641**

## ORDER

This is an appeal from a judgment of conviction signed August 16, 2016. After being granted permission to file an out-of-time appeal, appellant filed his notice of appeal on June 29, 2018.[1] The clerk's record was due July 30, 2018. On July 31, 2018, we notified the Bell County District Clerk that the clerk's record had not been

_____

[1] The appeal was assigned to the Third Court of Appeals, then transferred to this court on July 27, 2018, by order of the Supreme Court of Texas.

timely filed with this court and requested that the record be filed by August 15, 2018. No response has been received.

Accordingly, we **ORDER** the Bell County District Clerk to file the clerk's record by **September 7, 2018**.

PER CURIAM